**Opinion issued February 28, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00045-CV

_____

**VIOLETA SALAZAR, Appellant**

**V.**

**JESSE LEE BURG, Appellee**

---

**On Appeal from the 25th District Court**
**Colorado County, Texas**
**Trial Court Cause No. 23309**

---

## MEMORANDUM OPINION

Appellant, Violeta Salazar, has neither paid the required filing fee for this appeal nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by

statute or Supreme Court order."), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (Vernon Supp. 2011), § 51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2011) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). On January 16, 2013, appellant was notified that this appeal was subject to dismissal if the filing fee was not paid by January 28, 2013. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for failure to pay the filing fee. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.